COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  | § |  |  |
| --- | --- | --- | --- | --- |
|  |  | § | No. 08-13-00006-CV |  |
| IN RE:  ROSALIO B. GAMON, |  | § | AN ORIGINAL PROCEEDING |  |
|  | Relator. | § | IN MANDAMUS |  |
|  |  | § |  |  |
|  |  | § |  |  |

**<u>MEMORANDUM OPINION</u>**

Relator, Mr. Rosalio B. Gamon, has filed a *pro se* petition for writ of mandamus requesting that this Court order the Honorable Linda Chew, Judge of the 327th District Court, to take action as set forth in his petition.

To obtain relief through a writ of mandamus, a relator must establish that no other adequate remedy at law is available and that the act he seeks to compel is ministerial.  *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of discretion.  *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001).   Based on the petition and record provided, Mr. Flores has not demonstrated that he is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.8.   Accordingly, the petition is denied.

GUADALUPE RIVERA, Justice

January 16, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.